UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN<br>Defendants. | CIVIL ACTION NO. 08-49 |

**ENTRY OF APPEARANCE**

I, Timothy J. Robenhymer, hereby enter my appearance as co-counsel on behalf of the Plaintiff, First Franklin Financial Corporation, in the above-captioned matter.

**PLAINTIFF, FIRST FRANKLIN FINANCIAL CORPORATION**
By its attorney,

/s/ Timothy Robenhymer
303 Jefferson Blvd
Warwick, RI 02888
401-739-2330

Date: 2/15/08