921-334[illegible]

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

FIRST FRANKLIN FINANCIAL CORP

V.

HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 08 49 S

TO: (Name and address of Defendant)

HOMEOWNERS MORTGAGE CORP
1944 WARWICK AVENUE
SUITE 1
WARWICK, RHODE ISLAND

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS R. RICCI, #4165
FITZHUGH & MARIANI, LLP
303 JEFFERSON BOULEVARD
WARWICK, RI 02888
(401)739-2330

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/13/08

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/28/08 |
| NAME OF SERVER *(PRINT)* Paulette M Bogosian | TITLE Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): left with employee Jeff White of Homeowners Mortgage Corp

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/28/08 Date

Paulette M Bogosian
Signature of Server

10 Golini Dr. Johnston RI
Address of Server

Jeff White

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.