AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

FIRST FRANKLIN FINANCIAL CORP

V.

HOMEOWNERS MORTGAGE CORP

CHRYSTAL LAPLUME AND

MICHAEL HANSEN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-49S

TO: (Name and address of Defendant)

MICHAEL G. HANSEN
30 LARGO ROAD
WARWICK, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS R. RICCI, #4165
FITZHUGH & MARIANI, LLP
303 JEFFERSON BOULEVARD
WARWICK, RI 02888
(401) 739-2330

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/10/08

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/22/08 |
| NAME OF SERVER (PRINT) Paulette M Bogosian | TITLE Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 30 Largo Road Warwick, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/22/08
Date

Paulette M Bogosian
Signature of Server

10 Golini Dr Johnston
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.