KMD:ljc 7163/1 \pleading\71631EntryOfApp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION | : | |
| VS. | : | C.A. NO. 08-49S |
| HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME and MICHAEL HANSEN | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the defendant, Homeowners Mortgage Corp., in the above captioned matter.

DEFENDANT,
HOMEOWNERS MORTGAGE CORP.,
By its Attorney,

Kevin M. Daley, Esq. #4944
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 4.17.08 to:

Thomas R. Ricci, Esq.
Timothy J. Robenhymer, Esq.
FITZHUGH & MARIANI LLP
303 Jefferson Boulevard
Warwick, RI 02888