KMD:ljc 7163/1 \pleading\71631Answer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION | : | |
| | : | |
| VS. | : | C.A. NO. 08-49S |
| | : | |
| HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME and MICHAEL HANSEN | : | |

**ANSWER OF DEFENDANT HOMEOWNERS MORTGAGE CORP.**

***The Parties***

1. Neither admitted nor denied.

2. Admitted.

3. Neither admitted nor denied.

4. Neither admitted nor denied.

***Diversity Jurisdiction***

5. Neither admitted nor denied.

6. Neither admitted nor denied.

***Facts***

7. Neither admitted nor denied.

8. Neither admitted nor denied.

9. Neither admitted nor denied.

10. Neither admitted nor denied.

11. Neither admitted nor denied.

12. Admitted that the borrowers completed and signed two (2) Uniform Residential Loan Applications on October 4, 2006. The balance of the allegations contained in this paragraph are expressly denied.

13. Admitted.

14. Admitted.

15. The loan applications speak for themselves. As such, the allegations in this paragraph are neither admitted nor denied.

16. Neither admitted nor denied.

17. Neither admitted nor denied.

18. Neither admitted nor denied.

19. Neither admitted nor denied.

20. Neither admitted nor denied.

21. Denied.

22. Denied.

23. Denied.

24. Neither admitted nor denied.

25. Neither admitted nor denied.

26. Neither admitted nor denied.

27. Neither admitted nor denied.

28. Neither admitted nor denied.

29. Neither admitted nor denied.

30. Neither admitted nor denied.

31. Neither admitted nor denied.

32. Neither admitted nor denied.

33. Admitted.

34. Neither admitted nor denied.

## COUNT I

***Breach of Contract v. HMC***

35. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 34, inclusive as though fully set forth herein.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

## COUNT II

***Negligent Misrepresentation v. HMC***

40. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 39, inclusive as though fully set forth herein.

41. Denied.

42. Denied.

43. Denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

## COUNT III

***Intentional Misrepresentation v. HMC***

44. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 43, inclusive as though fully set forth herein.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

## COUNT IV

***Fraudulent Misrepresentation and Deceit v. HMC***

49. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 48, inclusive as though fully set forth herein.

50. Denied.

51. Denied.

52. Denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

## COUNT V

***Breach of Fiduciary Duty v. HMC***

53. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 52, inclusive as though fully set forth herein.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

**COUNT VII** [*sic*]

***Indemnification v. HMC***

60. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 59, inclusive as though fully set forth herein.

61. Denied.

62. Denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

**COUNT VIII**

***Negligent Misrepresentation v. Ms. Laplume***

63. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 62, inclusive as though fully set forth herein.

64. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

65. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

66. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

## COUNT IX

### *Intentional Misrepresentation v. Ms. Laplume*

67. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 66, inclusive as though fully set forth herein.

68. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

69. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

70. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

71. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

**COUNT X**

***Fraudulent Misrepresentation and Deceit v. Ms. Laplume***

72. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 71, inclusive as though fully set forth herein.

73. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

74. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

75. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

**COUNT XI**

***Negligent Misrepresentation v. Mr. Hansen***

76. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 75, inclusive as though fully set forth herein.

77. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

78. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

79. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

## COUNT XII

***Intentional Misrepresentation v. Mr. Hansen***

80. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 79, inclusive as though fully set forth herein.

81. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

82. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

83. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

84. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

**COUNT XIII**

***Fraudulent Misrepresentation and Deceit v. Mr. Hansen***

85. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 84, inclusive as though fully set forth herein.

86. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

87. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

88. The defendant, Homeowners Mortgage Corp., neither admits nor denies the allegations contained in this paragraph, as the same are not directed towards Homeowners Mortgage Corp., but rather, other defendants. To the extent that said allegations are directed to Homeowners Mortgage Corp., the same are denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

**COUNT XIV**

***Punitive Damages***

89. The defendant, Homeowners Mortgage Corp., repeats, realleges, and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 88, inclusive as though fully set forth herein.

90. Denied.

WHEREFORE, defendant Homeowners Mortgage Corp. demands judgment against the plaintiff, plus interest and costs.

**AFFIRMATIVE DEFENSES**

1. Defendant affirmatively pleads insufficiency of process.

2. Defendant affirmatively pleads insufficiency of service of process.

3. Defendant affirmatively pleads failure to mitigate damages.

4. Defendant affirmatively pleads comparative negligence.

5. Defendant affirmatively pleads assumption of the risk.

Defendant hereby demands a trial by jury.

DEFENDANT,
HOMEOWNERS MORTGAGE CORP.,
By its Attorney,

Kevin M. Daley, Esq. #4944
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 4.17.08 to:

Thomas R. Ricci, Esq.
Timothy J. Robenhymer, Esq.
FITZHUGH & MARIANI LLP
303 Jefferson Boulevard
Warwick, RI 02888