UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION,<br><br>Plaintiff,<br>v.<br><br>HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN<br>Defendants. | CIVIL ACTION NO. 08-49 |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The Plaintiff in the above-entitled action, pursuant to Rule 55 (a) of the Federal Court Rules of Civil Procedure, hereby makes application to the Clerk for Entry of Default against the Defendant, MICHAEL HANSEN. The Plaintiff submits that the Defendant, MICHAEL HANSEN, has failed to answer or otherwise defend against the Complaint served upon him on February 13, 2008. The Plaintiff relies upon and incorporates herein the Affidavit attached hereto as Exhibit A.

FIRST FRANKLIN FINANCIAL CORPORATION,
By its Attorney,

Timothy J. Robenhymer, #4419
FITZHUGH & MARIANI, LLP
303 Jefferson Blvd., 2nd Floor
Warwick, Rhode Island 02888
(401) 921-4800 Telephone
(401) 921-4805 Facsimile

**CERTIFICATION**

I hereby certify that on the 14th day of May, 2008, I caused a true copy of the within document to be mailed, postage prepaid, to:

Kevin M. Daley, #4944
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

TJR/klw

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN<br>Defendants. | CIVIL ACTION NO. 08-49 |

AFFIDAVIT

The undersigned, being duly sworn under oath, deposes and says:

1. That he is the attorney of record for the Plaintiff and has personal knowledge of the facts set forth in this Affidavit.

2. That the Plaintiff, on February 13, 2008, filed in this action a Complaint against the Defendant, Michael Hansen.

3. That the Summons and Complaint were served upon the Defendant on February 13, 2008 and more than twenty (20) days has elapsed since service of the Summons and Complaint. In fact, more than seventy (70) days have elapsed since said service.

4. That the Defendant has failed to plead or otherwise defend as to Plaintiff's Complaint.

5. That this Affidavit is executed by affiant herein in accordance with Rule 55 (a) of the Federal Court Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain entry of default against the Defendant for failure to plead or otherwise defendant as to the Plaintiff's Amended Complaint.

Timothy J. Robenhymer, Esq., Affiant

Subscribed and Sworn to before me in the City of Warwick, County of Kent and State of Rhode Island this 14th day of May 2008.

Notary Public
My Commission Expires: 01/13/10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN<br>Defendants. | CIVIL ACTION NO. 08-49 |

**ENTRY OF DEFAULT**

It appearing that the Defendant, MICHAEL HANSEN, in the above-entitled action has failed to plead or otherwise defend as provided by Federal Court Rules of Civil Procedure,

DEFAULT is hereby entered for Plaintiff and against said Defendant this _________ day of _______________, 2008.

_____________________________
Clerk

FIRST FRANKLIN FINANCIAL CORPORATION,
By its Attorney

Timothy J. Robenhymer, #4419
303 Jefferson Blvd., 2nd Floor
Warwick, Rhode Island 02888
(401) 921-4800 Telephone
(401) 921-4805 Facsimile

**CERTIFICATION**

I hereby certify that on the 14th day of May 2008, I caused a true copy of the within

document to be mailed, postage prepaid, to:

Kevin M. Daley, #4944
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

TJR/klw