UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FIRST FRANKLIN FINANCIAL CORPORATION,
Plaintiff,

v.

HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN
Defendants.

CIVIL ACTION NO. 08-49

**ENTRY OF DEFAULT**

It appearing that the Defendant, MICHAEL HANSEN, in the above-entitled action has failed to plead or otherwise defend as provided by Federal Court Rules of Civil Procedure,

DEFAULT is hereby entered for Plaintiff and against said Defendant this 16th day of May, 2008.

Wendy Gaile
Clerk

FIRST FRANKLIN FINANCIAL CORPORATION,
By its Attorney

Timothy J. Robenhymer, #4419
303 Jefferson Blvd., 2nd Floor
Warwick, Rhode Island 02888
(401) 921-4800 Telephone
(401) 921-4805 Facsimile

**CERTIFICATION**

I hereby certify that on the 14th day of May 2008, I caused a true copy of the within