KMD:BAM:ljc 7163/1 \pleading\71631MTContinue

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION | : | |
| VS. | : | C.A. NO. 08-49S |
| HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME and MICHAEL HANSEN | : | |

**MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Now comes the defendant, Homeowners Mortgage Corp., and asks this Honorable Court to continue the scheduled settlement conference from August 7, 2008 to August 28, 2008, at 2:00 P.M. Defendant has contacted the plaintiff, First Franklin Financial Corporation, and it has no objection to this continuance.

DEFENDANT,
HOMEOWNERS MORTGAGE CORP.,
By its Attorney,

/s/ Kevin M. Daley
Kevin M. Daley, Esq. #4944
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 5th day of August, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Thomas R. Ricci, Esq.
FITZHUGH & MARIANI LLP
303 Jefferson Boulevard
Warwick, RI 02888

/s/ Kevin M. Daley