UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN<br>Defendants. | ) | CIVIL ACTION NO. 08-49S |

**APPLICATION TO THE COURT FOR ENTRY OF JUDGMENT BY DEFAULT**

Now comes the Plaintiff, First Franklin Financial Corporation, in the above-captioned action, and hereby makes application to the Court for Entry of Judgment by Default pursuant to Rule 55 (a) of the Federal Court Rules of Civil Procedure. The Plaintiff states that default entered in this matter against the Defendant, MICHAEL HANSEN, on May 16, 2008. The Plaintiff relies upon the affidavits attached hereto in support of this motion.

WHEREFORE, the Plaintiff, First Franklin Financial Corporation, is requesting the following relief:

1. Order that the judgment may enter against the Defendant by default.
2. Order that judgment shall enter in this matter in the amount of interest and costs.
3. Award the Plaintiff such other and further relief as the Court deems meet and just.

FIRST FRANKLIN FINANCIAL CORPORATION,
By its Attorney,

Timothy J. Robenhymer, #4419
303 Jefferson Blvd., 2nd Floor
Warwick, Rhode Island 02888
(401) 921-4800 Telephone

(401) 921-4805 Facsimile

**CERTIFICATION**

I hereby certify that on the 26th day of August, 2008, I caused a true copy of the within document to be mailed, postage prepaid, to:

Kevin M. Daley, #4944
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Chrystal LaPlume
9 Berwick Avenue, #2
North Providence, RI 02911

Michael Hansen
30 Largo Road
Warwick, RI 02886

TJR/klw

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN<br>Defendants. | CIVIL ACTION NO. 08-49S |

AFFIDAVIT

The undersigned, being duly sworn under oath, deposes and says:

1. On October 4, 2006, the Defendant, MICHAEL HANSEN, completed and signed two (2) Uniform Residential Loan Applications ("Loan Applications") for the purpose of procuring loans to purchase the Subject Property located at 42 Coin Street, Warwick, Rhode Island (the "Subject Property").

2. The first loan was in the amount of $199,920.00 ("Subject Loan") and the second loan was in the amount of $49,980.00 ("Secondary Loan").

3. The Plaintiff relied upon the Defendant, MICHAEL HANSEN'S, representations that the employment and income information they stated in the Loan Applications did not contain any material misrepresentations.

4. The Defendant, MICHAEL HANSEN, submitted the false statements to the Plaintiff to induce the Plaintiff to act thereon and fund the Subject Loan and the Plaintiff reasonably and justifiably relied to its detriment upon her representations as being true.

5. The Defendant, MICHAEL HANSEN, did not make any of the scheduled payments on the Subject Loan.

6. As the direct and proximate result of the Defendant, MICHAEL HANSEN'S, misrepresentations, the Plaintiff has sustained a loss in the amount of $74,701.45, plus reasonable attorney's fees and expenses incurred.

7. The Defendant, MICHAEL HANSEN'S, actions alleged herein were committed willfully, maliciously, intentionally and with the express purpose of injuring the Plaintiff,

warranting an award of punitive damages against, and payable by the Defendant, MICHAEL HANSEN.

8. That this Affidavit is executed by affiant herein in accordance with Rule 55 (a) of the Federal Court Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain entry of default against the Defendant, MICHAEL HANSEN, for failure to plead or otherwise defendant as to the Plaintiff's Amended Complaint.

______________________________
Stephen Thompson,
Vice President of Legal and Regulatory Services
First Franklin Financial Corporation

Subscribed and Sworn to before me in San Jose CA, on this 5th day of ~~June,~~ August 2008.

JESSICA L. PALOMBI
Commission # 1519724
Notary Public - California
Alameda County
My Comm. Expires Oct 16, 2008

______________________________
Notary Public
Name Printed: Jessica L. Palombi
My Commission Expires: Oct 16, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FIRST FRANKLIN FINANCIAL CORPORATION,

Plaintiff,

v.

HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN

Defendants.

CIVIL ACTION NO. 08-49S

**ENTRY OF JUDGMENT**

Let Judgment enter for the Plaintiff and against the Defendant, MICHAEL HANSEN, for damages in the amount of $74,701.45, plus reasonable attorney's fees, statutory interest and costs.

ENTERED on this ________ day of ________________________, 2008.

ENTER:

PER ORDER:

______________________________
Justice

______________________________
Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN<br>Defendants. | CIVIL ACTION NO. 08-49S |

**AFFIDAVIT AS TO COMPETENCY AND NON-MILITARY SERVICE**

I, Timothy J. Robenhymer, Esquire, of the City of Warwick, State of Rhode Island, being duly sworn, upon oath, depose and say:

That the Defendant, MICHAEL HANSEN, is not now, nor at the time of the commencement of this action was, in the Military Service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940", as amended, nor an infant nor an incompetent, and presently resides at 30 Largo Road, in the City of Warwick, Rhode Island.

TIMOTHY J. ROBENHYMER, ESQUIRE

State of Rhode Island
County of Kent

Subscribed and sworn to before me this 26th day of August, 2008.

NOTARY PUBLIC KERRI LEE WILLIAMS No. 42605 STATE OF RHODE ISLAND

Notary Public
My Commission Expires: 01/13/10

**CERTIFICATION**

I hereby certify that on the 26th day of August, 2008, I caused a true copy of the within document to be mailed, postage prepaid, to:

Kevin M. Daley, #4944
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Chrystal LaPlume
9 Berwick Avenue, #2
North Providence, RI 02911

Michael Hansen
30 Largo Road
Warwick, RI 02886

TJR/klw

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION,<br>Plaintiff,<br>v.<br>HOMEOWNERS MORTGAGE CORP., CHRYSTAL LAPLUME AND MICHAEL HANSEN<br>Defendants. | CIVIL ACTION NO. 08-49S |

AFFIDAVIT OF ATTORNEY'S FEES AND COSTS

I, Timothy J. Robenhymer, being duly sworn, hereby depose and state as follows:

1. I am an attorney duly authorized to practice law in the State of Rhode Island, with a principal place of business located at 303 Jefferson Blvd, 2nd Floor, Warwick, Rhode Island 02888.

2. I represent the Plaintiff, First Franklin Financial Corporation, with respect to the above-captioned action.

3. That there is an outstanding balance of attorneys fees.

4. I have represented Plaintiff, First Franklin Financial Corporation, in relation to the above matter.

5. In accordance with the terms of the retainer agreement executed by Plaintiff, First Franklin Financial Corporation, with my office in this matter, I have billed at the hourly rate of $265.00 per hour.

6. Attached hereto as Exhibit A is a breakdown of fees that have been charged to Plaintiff, First Franklin Financial Corporation, for the legal services performed by

myself, together with costs, in connection with this litigation. A detailed itemization, containing the work description and the amount of time to complete said tasks are set forth and attached hereto.

7. These fees represent legal services and costs rendered on behalf of the Plaintiff, First Franklin Financial Corporation, with respect to the above-referenced matter. The amount billed constitutes the fair and reasonable value of the services rendered, together with costs, from referral and initial evaluation, through the filing and prosecution of the motions stated herein.

8. These legal fees and costs are a representative of the fees customarily charged in the locality for initiating suit and obtaining judgment.

9. The total amount that the Plaintiff, First Franklin Financial Corporation, has been billed for legal fees and expenses for the above motion through July 31, 2008, is Two Thousand One Hundred Twenty Five and 18/100 ($2,125.18) Dollars.

10. Pursuant to the terms of the contract entered into between the Plaintiff and the Defendant, MICHAEL HANSEN, the Defendant, MICHAEL HANSEN, is responsible for the payment of said legal fees and costs relative to this matter.

11. This Affidavit is being made pursuant to the pains and penalties of perjury.

Timothy J. Robenhymer, Esq.

Subscribed and sworn to before me this 26th day of August, 2008.

NOTARY PUBLIC KERRI LEE WILLIAMS No. 42605 STATE OF RHODE ISLAND

Notary Public
My Commission Expires: 01/13/10

**CERTIFICATION**

I hereby certify that on the 26th day of August, 2008, I caused a true copy of the within document to be mailed, postage prepaid, to:

Kevin M. Daley, #4944
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Chrystal LaPlume
9 Berwick Avenue, #2
North Providence, RI 02911

Michael Hansen
30 Largo Road
Warwick, RI 02886

TJR/klw